| | | |
|---|---|---|
| **SYLVIA J. REDDY** | **IN THE** | MAR 1 2 2003 |
| **PLAINTIFF(S)** | **UNITED STATES DISTRICT COURT** | |
| -VS- | **FOR** | |
| **TERRY WOODHOUSE** | **THE DISTRICT OF MARYLAND** | |
| **DEFENDANTS(S)** | **CIVIL ACTION: MJG 03 CV 425** | |

**************************************************************************

### AFFIDAVIT ATTESTING TO SERVICE

I, Edward L. Jackson, being duly sworn do depose and say

1. That I am a competent private person over 18 years of age and not a party to the above-entitled action.

2. That on March 10, 2003 at about 9:00 A.M., I personally served, Terry Woodhouse, M/W/5'8"/240 LB S-P hair/50-60 years of age, at 720 Everist Drive, Aberdeen, Maryland, the Summons, Civil Cover Sheet, Complaint And Election For Jury Trial and Jury Demand.

*Edward L. Jackson*
Edward L. Jackson
ED'S PRIVATE PROCESS SERVICE, INC.
1740 Ellinwood Road
Baltimore, Maryland 21237
410-325-6506

SWORN AND SUBSCRIBED BEFORE ME UNDER THE PENALTIES OF PERJURY, A NOTARY PUBLIC FOR THE STATE OF MARYLAND, THIS 11TH DAY OF MARCH, 2003. MY COMMISSION EXPIRES 7/01/2004.

*Vivian T. Jackson*
NOTARY PUBLIC

