IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: MJG 03 CV 425 |
| GOVERNMENT OF BALTIMORE COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendants, Baltimore County, Maryland and Terry Woodhouse, by undersigned counsel and pursuant to Rule 12 (b) (6), respectfully move for an Order dismissing this action, and as grounds state:

1. For the reasons set forth in the accompanying memorandum of law, hereby expressly incorporated, the Amended Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants respectfully pray that the case be dismissed, with prejudice.

Respectfully submitted,

_____
PAUL M. MAYHEW
Assistant County Attorney
Trial Bar # 22210
400 Washington Avenue
Towson, MD 21204
410-887-4420
Attorney for Defendants

S:\Mayhew\Pleads\reddy.mot.dism.doc