UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| vs. | * | Case No.  MJG 03 CV 425 |
| GOVERNMENT OF BALTIMORE COUNTY MARYLAND | * | |
| | * | |
| and | | |
| | * | |
| TERRY WOODHOUSE | | |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2003 a copy of the Amended Complaint and Election of Jury Trial which was electronically filed in this case on April 18, 2003, was mailed via first class mail, postage prepaid, to Defendant Terry Woodhouse, 720 Everist Drive, Aberdeen, Maryland 21001 and to Paul M. Mayhew, Esquire, Assistant County Attorney, 400 Washington Avenue, Room 219, Towson, Maryland 21204.

/s/
_____

J. Edward Martin, Esquire    #00918
409 Washington Avenue, Suite 707
Towson, Maryland 21204
410.337.3755      410.337.3758 (Fax No.)

                                                                              _____
\_                                                                     Carmel J. Snow, Esquire #24989
(signed by J. Edward Martin with
permission of Carmel J. Snow)
2701 W. Patapsco Avenue, Suite 109
Baltimore, Maryland 21230
410.525.0325   410.525.0717(Fax No.)