UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| vs. | *   Case No.  MJG 03 CV 425 |
| BALTIMORE COUNTY MARYLAND, et al. | * |
| Defendants | * |

* * * * * * * * * * * *

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS**

Sylvia J. Reddy, Plaintiff, by Carmel J. Snow and J. Edward Martin, her attorneys, respond to the Motion to Dismiss filed by Baltimore County, Maryland and Terry Woodhouse, Defendants as follows:

1. The Defendants Baltimore County Maryland and Terry Woodhouse have moved to dismiss under Federal Rule 12(b)(6), i.e., "Failure to state a claim upon which relief can be granted." The Defendants attach to their Motion a form "Notice of Dismissal and Notice of Rights" from the United States Equal Employment Opportunity Commission, an Employer's First Report of Injury apparently prepared and filed by the Baltimore County Central Government pertaining to the Plaintiff's injuries while working on February 26, 2002 and a copy of Employee's Claims filed by Carmel J. Snow, Esquire with the Maryland Workers' Compensation Commission.

2. The Defendants' Motion should be treated as one for summary judgment as it presents matters outside the pleadings.

3. The Defendants argue that "Plaintiff failed to file suit within 90 days of receiving her Dismissal and Notice of Rights as required by 42 U.S.C.A. § 2000e-5(f)(1). These arguments are incorrect.

4. Exhibit A attached hereto is a copy of the Notice of Discrimination filed by the Claimant, and assisted by personnel EEOC, on April 3, 2002. Attached to the Defendants' Motion is a Dismissal and Notice of Rights by the EEOC dated November 21, 2002 which was apparently received by the offices of Carmel J. Snow the following day, November 22, 2002.

5. Attached hereto as Plaintiff's Exhibit B is a photocopy of a receipt for payment to the United States District Court indicating that on February 13, 2003 the Clerk of the Court received Plaintiff's Counsel's check in the amount of $150.00. Also attached, as part of Exhibit B, is a photocopy of Plaintiff's counsel's check No. 2098, drawn to the United States District Court in the amount of $150.00 and identifying the purpose thereof as "filing fee S. Reddy v. Baltimore County" February 13, 2003 is less than 90 days following November 21, 2002.

6. For the reasons set forth in the accompanying Memorandum of Law, all of which are re-alleged and incorporated herein by reference, the Motion of the Defendant should be denied.

|  |  |
|---|---|
|    May 1, 2003    |    /s/    |
| Date | J. Edward Martin, Esquire |

(Federal Bar No. 00918)
409 Washington Avenue, Suite 707
Towson, Maryland 21204
Ph. 410.337.3755
Fax 410.337.3758

   /s/   

Carmel J. Snow, Esquire
(Federal Bar No. 24989)
(signed by J. Edward Martin with
 permission of Carmel J. Snow)
2701 W. Patapsco Avenue, Suite 109
Baltimore, Maryland 21230
Ph. 410.525.0325
Fax 410.525.0717

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2003, a copy of the foregoing Plaintiff's Response to Motion to Dismiss, Memorandum in Support of Response to Motion to Dismiss, Exhibits, Affidavit in Opposition to Motion to Dismiss/Motion for Summary Judgment and proposed Order was e-filed to:

>Paul M. Mayhew, Esquire
>Assistant County Attorney
>400 Washington Avenue
>Room 219
>Towson, MD 21204
>Attorney for Defendants

>_____/s/_____
>J. Edward Martin