RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the

DISTRICT OF MARYLAND
BALTIMORE MARYLAND, MD
1192266

RECEIVED FROM:

JOSEPH EDWARD MARTIN ESQ
Case number:
MJG03-425

F/U/B/O:
Party ID:
Tender Type:                                CHECK

83-886988                                   $60.00
Civil Filing-086900
        $.00

Remarks:
03-510000                                   $90.00

Civil Filing-510000
        $.00
Remarks:Ck # 2098

    Subtotal:                               $150.00


Receipt Total:                              $150.00

* checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:       2/14/93
Clerk:      JK