UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SYLVIA J. REDDY                            *

      Plaintiff                        *

vs.                                        *   Case No.  MJG 03 CV 425

GOVERNMENT OF BALTIMORE COUNTY *
MARYLAND, et al.
                                           *

      Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT IN OPPOSITION TO MOTION
TO DISMISS/MOTION FOR SUMMARY JUDGMENT**

STATE OF MARYLAND        )
                                  )   TO WIT:
COUNTY OF BALTIMORE     )

    I, Sylvia J. Reddy, am above eighteen (18) years of age and am competent to make this affidavit.  I am the Plaintiff in this litigation.

    On October 1987 I was first employed as a Baltimore County Police Officer.  Since approximately 1993 I have been subjected to racial, verbal and physical gender based harassment by a co-worker, Terry Woodhouse.  Examples of this include: Terry Woodhouse would say things like: "If any of you females had any brains, you would be dangerous.  All of you women are the same, always trying to take some man's money.  Why am I trying to explain this to you, you're just another woman.  Will you just shut up and let me explain this to you, you people don't know anything."  He would also address females as bitches or dumb bitches.

On February 26, 2002 Terry Woodhouse and I were both at work in the Cockeysville Police Station. When I was walking through a door, where he had, unknown to me, hidden behind the door, he stepped out and suddenly kicked me in the buttocks. There was no provocation for this. I was in pain and brought the matter to the attention of my supervisor.

I, at first, did not realize the extent of my injuries. Finally the incident I retained Carmel J. Snow, an experienced attorney handling workers' compensation cases, and she filed a workers' compensation claim for me. I have received benefits including substantial medical care. The possibility of future surgery has been discussed between me and my doctor.

Following the kicking on February 26, 2002 I complained to my supervisors about the incident. Rather than discipline Terry Woodhouse, I was improperly and involuntarily transferred out of my unit by the police department.

I think that the transfer was retaliatory and I was surprised when nothing happened to Terry Woodhouse. About a year after the incident my lawyers filed this lawsuit. When the Police Department and County attorney were made aware of the lawsuit, Terry Woodhouse was immediately required to retire.

Terry Woodhouse has stated on numerous occasions that he has nothing to live for because, according to him, his children do not talk to him, he has two failed marriages and he sees nothing in his future that will be of benefit. These comments

have been known to the Police Department for a long time and has specifically brought to the attention of certain supervisory personnel at the Police Department. No actions were taken until my lawsuit was filed. I reasonably fear that I continue to be in physical danger because I am afraid that Terry Woodhouse will attack me again.

Before he was required to retire, I asked my supervisors at the Police Department to order Terry Woodhouse to stay away from me. They either failed to do so or, if they did so, they failed to require compliance with their orders.

Certain other individuals came to my support with respect to these incidents. Several of them have been demoted, moved to other assignments, placed back on street duty or have been given unreasonable reprimands and charges. These and other actions demonstrate that the Police Department has either a gender based bias against me, racial bias against me or a general pattern of indifference to the personal safety of its female and its minority police officers.

I declare and affirm that the contents of this affidavit are true.

_____
Sylvia J. Reddy