UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SYLVIA J. REDDY                              *

            Plaintiff                        *

      vs.                                    *      Case No.  MJG 03 CV 425

BALTIMORE COUNTY MARYLAND           *

      and                                    *

TERRY WOODHOUSE                          *

            Defendants                       *

*      *      *      *      *      *      *      *      *      *      *      *

## **O R D E R**

The Defendants' Motion to Dismiss having come before the Court, and it

appearing that the Motion should be more properly treated as a Motion for Summary

Judgment, it is by the United States District Court for the District of Maryland this

_____ day of May 2003 hereby;

ORDERED: That the Defendants' Motion to Dismiss/Motion for Summary

Judgment is denied.

_____

Judge, United States District Court for the
   District of Maryland

cc:    Paul M. Mayhew, Esquire
       J. Edward Martin, Esquire

Carmel J. Snow, Esquire