UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| vs. | *   Case No.  MJG 03 CV 425 |
| BALTIMORE COUNTY MARYLAND, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBIT</u>**

Exhibit A, which is an attachment to Plaintiff's Response to Defendants' Motion to Dismiss exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

| | |
|---|---|
|   May 1, 2003   |   /s/   |
| Date | J. Edward Martin, Esquire |
| | (Federal Bar No. 00918) |
| | 409 Washington Avenue, Suite 707 |
| | Towson, Maryland 21204 |
| | Ph. 410.337.3755 |
| | Fax 410.337.3758 |
| | |
| |   /s/   |
| | Carmel J. Snow, Esquire |
| | (Federal Bar No. 24989) |
| | (signed by J. Edward Martin with |
| | permission of Carmel J. Snow) |
| | 2701 W. Patapsco Avenue, Suite 109 |
| | Baltimore, Maryland 21230 |

Ph. 410.525.0325
Fax 410.525.0717

2