UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| vs. | * | Case No. MJG 03 CV 425 |
| BALTIMORE COUNTY MARYLAND | * | |
| and | * | |
| TERRY WOODHOUSE | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Sylvia J. Reddy, by her attorney J. Edward Martin, moves for leave to file an Amended Complaint in the form attached hereto as follows:

1. Plaintiff originally filed her Complaint seeking damages against the Baltimore County Chief of Police, the Baltimore County Police Department, the Government of Baltimore County and the Defendant Terry Woodhouse. A copy of this Court's summons, cover sheet and of the original Complaint was served on the Baltimore County Office of Law. Thereafter an Assistant County Attorney with the Baltimore County Office of Law notified the Plaintiff's attorney that the Defendant Police Chief was gravely ill, probably would not return to work and would be difficult to serve with process.

2. Counsel for the Plaintiff endeavored to file an Amended Complaint and Election of Jury Trial prior to the filing of a responsive pleading by the County. Because of problems encountered with the new United States District Court e-mail filing requirements, the Amended Complaint was not promptly filed. Plaintiff's counsel had sent his legal assistant for training at the Federal Court and brought in his computer people to make available the new Federal Court filing requirements from his office but, unhappily, this took about two weeks and, in the meantime, the County filed its Motion to Dismiss.

3. Plaintiff has a meritorious cause of action. She seeks to amend her Complaint.

4. Plaintiff has responded to the Defendant's Motion to Dismiss, argued that it should have been a Motion for Summary Judgment as it raised matters outside the pleadings. Plaintiff's Response includes several attachments also which are outside the pleadings.

5. Attached hereto as Exhibit A is the proposed Amended Complaint. Attached hereto as Exhibit B is a "red line" copy of the original Complaint describing, in shaded text, that which has been deleted. That which has been added by proposed amendment is a reference, in paragraph 1, of the Amended Complaint, to 42 U.S.C. § 2000e.

WHEREFORE, Plaintiff requests the following relief:

    A. That she be permitted to amend her Complaint in the form attached hereto.

    B. Such other and further relief as is just.

May 1, 2003                          /s/

Date                               J. Edward Martin, Esquire   #00918
409 Washington Avenue, Suite 707
Towson, Maryland 21204
Ph. 410.337.3755
Fax 410.337.3758

                                           /s/

Carmel J. Snow, Esquire   #24989
(signed by J. Edward Martin with
 permission of Carmel J. Snow)
2701 W. Patapsco Avenue, Suite 109
Baltimore, Maryland 21230
Ph. 410.525.0325
Fax 410.525.0717

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this day of April 2003, a copy of the foregoing Plaintiff's Motion to Amend Complaint, proposed Amended Complaint and Election of Jury Trial (Exhibit A), red line copy of original Complaint and Election of Jury Trial (Exhibit B), Memorandum in Support of Motion to Amend Complaint, and proposed Order was e-filed to:

     Paul M. Mayhew, Esquire
     Assistant County Attorney
     400 Washington Avenue
     Room 219
     Towson, MD 21204
     Attorney for Defendants

                                                /s/

                                                J. Edward Martin