UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| vs. | * | Case No. MJG 03 CV 425 |
| BALTIMORE COUNTY MARYLAND | * | |
| and | * | |
| TERRY WOODHOUSE | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION
TO AMEND COMPLAINT**

Sylvia J. Reddy, Plaintiff, submits the following Memorandum in Support of her Motion to Amend Complaint:

1. Rule 15(a) (Federal Rules of Civil Procedures) provides, in part, a party may amend the party's pleading only by leave of court or by written consent of the adverse party and leave shall be freely given when justice so requires. Rule 15(c) provides, in part, that an amendment of a pleading relates back to the date of the original pleading when the claim or defense asserted in the amended pleading arose out of the conduct, transaction or occurrence set forth or attempted to be set forth in the original pleading.

2. In *Wright & Miller,* Federal Practice & Procedure, § 1474, Professor Miller states that a common use of Rule 15(a) amendments is to correct insufficiently stated

claims or defenses. Typically, amendments of this character involve either adding a necessary allegation in order to state a claim for relief or in correcting a misnomer of a party. A party may make an amendment to amply a previously alleged claim or defense. *Clay v. Martin,* 509 F.2d 109 (2nd Cir. 1975). The _____ state that "A liberal policy toward allowing amendments to correct errors in the pleadings clearly is desirable _____ basic objectives of the Federal Rules - the determination of cases on their merits.

    3. The Defendants should be permitted to amend her Complaint to delete unnecessary defendants, to clarify the name of the Defendant Baltimore County and to identify her cause of action under the Civil Rights Act of 1964.

|  |  |
|---|---|
| May 1, 2003 | /s/ |
| Date | J. Edward Martin, Esquire   #00918<br>409 Washington Avenue, Suite 707<br>Towson, Maryland 21204<br>Ph. 410.337.3755<br>Fax 410.337.3758 |
|  | /s/ |
|  | Carmel J. Snow, Esquire   #24989<br>(signed by J. Edward Martin with<br>permission of Carmel J. Snow)<br>2701 W. Patapsco Avenue, Suite 109<br>Baltimore, Maryland 21230<br>Ph. 410.525.0325<br>Fax 410.525.0717 |

2