UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| vs. | *   Case No. MJG 03 CV 425 |
| BALTIMORE COUNTY MARYLAND | * |
| and | * |
| TERRY WOODHOUSE | * |
| Defendants | * |

* * * * * * * * * * * *

## **O R D E R**

The Plaintiff's Motion to Amend Complaint having come before the Court, and it appearing from the Motion, Exhibits, and Memorandum in support thereof that the Plaintiff is entitled to the relief requested, it is by the United States District Court for the District of Maryland this _____ day of May 2003 hereby;

ORDERED: That the Plaintiff be permitted to amend her Complaint in the form attached hereto.

_____
Judge, United States District Court for the
District of Maryland

cc:   Paul M. Mayhew, Esquire
      J. Edward Martin, Esquire

Carmel J. Snow, Esquire

Carmel J. Snow, Esquire