IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| v. | *  CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ANSWER PRESENTING DEFENSES

Defendants, Terry Woodhouse and Baltimore County, Maryland, by undersigned counsel, answer the Complaint filed herein by stating as follows:

I. PRELIMINARY DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted against either of the Defendants.

II

Defendants answer the separate numbered paragraphs in the Complaint as follows:

1. Paragraph 1 is a jurisdictional statement that requires no response.

2. Paragraph 2 is a jurisdictional statement that requires no response.

3. Paragraph 3 is a jurisdictional statement that requires no response.

4. Defendants admit the allegations in paragraph 4.

5. Defendants admit the allegations in paragraph 5.

1

6. Defendants admit that Defendant Terry Woodhouse was an employee of the Baltimore County Police Department. Whether he was within the scope of employment at all times alleged in the Complaint is a question of law not fact.

7. Defendants admit the allegations in the first sentence of paragraph 7 and deny the remainder of the allegations in paragraph 7.

8. Defendants deny the allegations in paragraph 8.

9. Defendants deny the allegations in paragraph 9.

10. Defendants deny the allegations in paragraph 10.

11. The allegations concerning scope of employment are questions of law not fact.

12. Defendants admit the allegations in paragraph 12.

13. Defendants admit the allegations in paragraph 13, except for the last sentence of that paragraph.

14. Paragraph 14 merely incorporates the previous paragraphs and requires no response.

15. Defendants deny the allegations in paragraph 15.

16. Defendants deny the allegations in paragraph 16.

17. Defendants deny the allegation in paragraph 17.

18. Defendants deny the allegations in paragraph 18.

19. Paragraph 19 merely incorporates the previous paragraphs and requires no response.

20. Defendants deny the allegations in paragraph 20.

21. Defendants deny the allegations in paragraph 21.

22. Defendants deny the allegations in paragraph 22.

23. Paragraph 23 merely incorporates the previous paragraphs and requires no response.

24. Defendants deny the allegations in paragraph 24.

25. Defendants admit the allegations in paragraph 25.

26. Defendants deny the allegations in paragraph 26.

27. Defendants deny the allegations in paragraph 27.

### III.  AFFIRMATIVE DEFENSES

1. Plaintiff has not been harmed as alleged.

2. Plaintiff assumed the risk of any harm or injury.

3. Defendant Woodhouse did not injure, harass or discriminate against the Plaintiff as alleged.

4. Plaintiff failed to avail herself of Defendants' internal grievance procedures, which were in compliance with all applicable laws.

5. Defendant, Baltimore County's investigation and response to the alleged incident were in full compliance with all applicable laws.

6. Defendant, Baltimore County, is not liable under the doctrine of respondeat superior.

                                                    Respectfully submitted,

                                                    ____/s/_____
                                                    PAUL M. MAYHEW
                                                    Trial Bar No. 22210
                                                    Assistant County Attorney
                                                    Old Courthouse, 2nd Floor
                                                    400 Washington Avenue
                                                    Towson, Maryland 21204
                                                    (410) 887-4420

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of September, 2003, a copy of the Foregoing Answer Presenting Defenses was sent first class mail, prepaid postage, to:

J. Edward Martin, Esq.
Trial Bar No. 0918
409 Washington Avenue, Suite 707
Towson, Maryland 21204
(410) 337-3755

Carmel J. Snow, Esq.
Trial Bar No. 24989
2701 W. Patapsco Avenue, Suite 109
Baltimore, Maryland 21230
(410) 525-0325

_____
PAUL M. MAYHEW
Assistant County Attorney

REDDY.ANS.AMC.WPD