IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
|    Plaintiff | * |
| v. | *    CASE NO.: MJG 03 CV 425 |
| HONORABLE TERRENCE B. SHERIDAN, CHIEF OF POLICE, et al. | * |
|    Defendants | * |

* * * * * * * * * * * * *

## STATUS REPORT

The parties, by their undersigned counsel, and pursuant to the Court's Scheduling Order, submit the following Status Report.

1. Discovery has been completed.

2. No motions are currently pending.

3. Defendants intend to file a Motion for Summary Judgment.

4. The case is to be tried by jury and should take three (3) to four (4) days.

5. The parties have not yet seriously discussed settlement but hereby certify that they will do so before the dispositive motions deadline.

6. The parties believe it would be helpful to refer the case for settlement or an ADR conference.

7. The parties would consent to a Magistrate Judge.

8. In light of the parties' desire to pursue settlement they would respectfully ask that the Court extend the deadline for filing dispositive motions by thirty days.

|  | Respectfully submitted, |
|---|---|
| /s/ | /s/ |
| J. EDWARD MARTIN | PAUL M. MAYHEW |
| Trial Bar #0918 | Trial Bar No. 22210 |
| Suite 300, The Lafayette Bldg. | Assistant County Attorney |
| 40 W. Chesapeake Ave. | Old Courthouse, 2nd Fl. |
| Towson, MD 21204 | 400 Washington Ave. |
| (410) 825-1057 | Towson, MD 21204 |
| Attorney for Plaintiff | (410) 887-4420 |
|  | Attorney for Defendants |

Respectfully submitted,

_____

J. EDWARD MAR

e Lafayette Building 40 W. Chesapeake Avenue

y for Plaintiff

PAUL M. MAYHEW

Trial Bar No. 22210

Assistant County Attorney

Old Courthouse, 2nd Floor

400 Washington Avenue

Towson, Maryland 21204
(410) 887-4420
Attorney for Defendants

reddy.status.rpt.wpd

5

reddy.status.rpt1.doc