# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SYLVIA J. REDDY         *
                           *

       Plaintiff            *

                              *

v.                                 *       **CASE NO.: MJG 03 CV 425**

                              *

BALTIMORE COUNTY, MARYLAND, et al.   *

                              *

       Defendants         *

                              *

* * * * * * * * * * * * * *

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Terry Woodhouse and Baltimore County, Maryland, by undersigned counsel and pursuant to Rule 56, respectfully ask this Court to grant summary judgment in their favor, and against Plaintiff, Sylvia Reddy, as to Count I of the Amended Complaint, and as grounds state:

1.      The pleadings, affidavits, deposition transcripts, memorandum in support hereof, and exhibits attached thereto, demonstrate that there are no genuine disputes of material fact and that the Defendants are entitled to judgment as a matter of law as to Count I of the Amended Complaint.

WHEREFORE, Defendants respectfully pray that this Court enter an Order granting them summary judgment as to Count I of the Amended Complaint, and dismissing the pendent state law claims in Counts II and III, without prejudice.

Respectfully submitted,


_/S/_

Paul M. Mayhew
Assistant County Attorney
Trial Bar #22210
400 Washington Ave.
Towson, Maryland 21204
Attorney for Defendants

4.      Detective Woodhouse could be kind of a "know it all" at times and would interfere in other detective's investigations, but I never saw him be abusive or discriminatory towards anyone.

### **<u>AFFIRMATION</u>**

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.


    _____/s/_____
    Dennis M. Quirk