IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF DANIEL J. BAUMILLER

I, Daniel J. Baumiller, am over eighteen years of age, am competent to testify, and have personal knowledge of the following.

1. I am a Sergeant on the Baltimore County police department and have been assigned to the Cockeysville precinct since December 20, 1990.

2. I was the first line supervisor of Detective Sylvia Reddy and Detective Terry Woodhouse from October, 1995 until March 2003, while they were assigned to the Cockeysville Investigative Services Unit.

3. During my tenure as their supervisor I observed them to have a typical working relationship. They often teased each other in a good natured manner. They both occasionally engaged in "horseplay" with each other, such as Reddy pulling Woodhouse's arm hair and Woodhouse playfully hugging Reddy. In fact, they used to call each other "Fred" and "Esther" after the characters in "Sanford and Son." Less than a month before the "kicking" incident we had a retirement party for Detective Bonsell who was leaving the unit and, as photos of that evening show, Reddy was clowning around with Woodhouse that

evening (putting "bunny ears" up behind his head

EXH. 5

in one picture, and playfully choking him in another). They also occasionally had disagreements over the handling of cases or other typical workplace disputes. However, they always patched up their differences and resumed a good working relationship.

4. As an example of their normally close relationship, when Detective Reddy was complaining about some health issue Detective Woodhouse recommended one of his doctors to Reddy and from then on Detective Reddy would schedule her appointments to coincide with Woodhouse's and they would go together.

5. Apparently, even on the day of the alleged "kicking" they were on good terms because that morning Detective Reddy had done Woodhouse a favor by helping him run some errand for his girlfriend.

7. I did not witness the incident in question. However, Detective Woodhouse told me that he had barely nudged Reddy in the back of her leg and that he was just kidding with her. He said it was just a stupid, impulsive thing but that he certainly had not meant to hurt her in any way. Sgt. Anthony Zelenka told me that he had witnessed the incident and that it did not appear that Woodhouse had used any significant force, and that it looked like he was joking, which was typical of Reddy and Woodhouse's relationship. Reddy, Woodhouse, and Zelenka all informed me that Reddy had struck Woodhouse several times in retaliation. Woodhouse and Zelenka said that Reddy was laughing, and chasing Woodhouse while she struck him.

8. I informed my supervisors, Lt. Lurz and Captain Schwartz, about the incident and they decided that the matter should be referred to the department's Internal Affairs

division. It was also decided that Detective Woodhouse should be transferred to another precinct during the pendency of the investigation, and he was given these transfer orders.

9.   When Detective Reddy told me that this incident had aggravated a pre-existing back injury I sent her for a medical evaluation as per departmental procedures. This examination revealed only a "contusion," however, the doctor's slip limited her to "desk work only." Due to these medical restrictions and in accordance with departmental policy, Reddy was placed on light duty and assigned to work the desk at the Cockeysville precinct. She had been working in an auxiliary building on the precinct grounds. She only worked one day at the main Cockeysville building and then she went back out on sick leave. When she returned to duty several months later she was assigned to the Headquarters building because of her respiratory issues.

## AFFIRMATION

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.

                                                            /s/
                                           Daniel J. Baumiller