IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA J. REDDY | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ANTHONY J. ZELENKA

I, Anthony J. Zelenka, am over eighteen years of age, am competent to testify, and have personal knowledge of the following.

1. I am a Sergeant on the Baltimore County police department assigned to the Cockeysville precinct.

2. On February 26, 2002 I saw Sylvia Reddy and Terry Woodhouse joking around with each other in the lunch room. They went out into the hallway and I saw Woodhouse jokingly kick Reddy in the rear. The force Woodhouse used appeared very slight and it did not look like he was trying to hurt her in any way. She looked surprised when she turned around and she appeared to be laughing as she chased him down the hall and struck him several times. Woodhouse had his arms up and she did not hurt him.

## AFFIRMATION

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.

     /s/
Anthony J. Zelenka

EXH. 10