IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| v. | *   CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF BRIAN M. EASTER

I, Brian M. Easter, am over eighteen years of age, am competent to testify, and have personal knowledge of the following.

1. I am a Detective on the Baltimore County police department and have been assigned to the Cockeysville precinct since January, 1998.

2. Sylvia Reddy and Terry Woodhouse were co-workers of mine in the Investigative Services Unit at the Cockeysville precinct.

3. During the brief time I worked with them they exhibited a "brother-sister" type relationship. Some days they would joke around and be the best of friends and other days they would bicker, but these little disputes did not last long. Although they sometimes had disagreements over how to handle cases, or other typical workplace disputes, they basically got along fine and they actually seemed unusually close.

4. I never heard Detective Woodhouse say anything sexually or racially derogatory to Detective Reddy, and I never saw Detective Reddy appear to be particularly offended by any of the

EXH. 7

teasing she and Woodhouse engaged in. I never saw Detective Woodhouse be abusive or discriminatory towards anyone.

## AFFIRMATION

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.

                                                                                     /s/
                                                              Brian M. Easter