IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| v. | *   CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * |
| Defendants | * |

* * * * * * * * * * * * *

AFFIDAVIT OF DENNIS M. QUIRK

I, Dennis M. Quirk, am over eighteen years of age, am competent to testify, and have personal knowledge of the following.

1. I am a Detective on the Baltimore County police department and have been assigned to the Cockeysville precinct since May, 1989. I was assigned to the Investigative Services Unit in August, 1991.

2. Sylvia Reddy and Terry Woodhouse were co-workers of mine in the Investigative Services Unit at the Cockeysville precinct.

3. During the time I worked with them they exhibited a "brother-sister" type relationship. Some days they would joke around and be the best of friends and other days they would bicker. They used to call each other "Fred" and "Esther" (based on the T.V. show "Sanford and Son") because of the constant teasing and banter they engaged in.

Although they sometimes had disagreements over how to handle cases, or other typical workplace disputes, they basically got along fine.

EXH. 6

4.  Detective Woodhouse could be kind of a "know it all" at times and would interfere in other detective's investigations, but I never saw him be abusive or discriminatory towards anyone.

## AFFIRMATION

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.

                                                                                                                                                                                                             /s/
                                                                                                                                                                                                             Dennis M. Quirk