IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYLVIA J. REDDY | * |
| Plaintiff | * |
| v. | *   CASE NO.: MJG 03 CV 425 |
| BALTIMORE COUNTY, MARYLAND, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF TERRY WOODHOUSE

I, Terry Woodhouse, am over eighteen years of age, am competent to testify, and have personal knowledge of the following.

1. I was a Baltimore County police officer from November 26, 1979 to February 16, 2003, on which date I retired.

2. From March 15, 1994 I was assigned as a detective in the Investigative Services Unit at the Cockeysville precinct, where I worked with Sylvia Reddy and five or six other officers, including two supervisors.

3. During the time I worked with Detective Reddy we had what I would call a close relationship. All the other officers in the unit would tease and joke around with each other, including me and Detective Reddy. She initiated and willingly took part in this teasing and horseplay and sometimes used profanity as we all would. For instance she would sometimes come up to me and start pulling the hair on my arm. The other officers in the unit started calling us "Fred" and "Esther" (based on the T.V. show "Sanford and Son") because of the constant teasing and banter we engaged in. Although we sometimes had disagreements

over how to handle cases, or other typical workplace disputes, we basically got along well. In fact, when Detective Reddy would bring her grand-daughter

EXH. 4

to the precinct she would call me "Uncle Terry." There were many times when I would listen to and help her with her personal problems and vice versa.

4. Sgt. Baumiller occasionally would tell both me and Detective Reddy to "cool it" if we were teasing or arguing and it was disrupting others. About a month before the alleged "kicking" incident Sgt. Baumiller came to me and said that Detective Reddy had complained to him that I was interfering with one of her investigations and that I had told another officer not to listen to her. However, I explained to Sgt Baumiller that it was, in fact, *my* case, and that I had asked Detective Reddy to help this other officer interview a suspect because I was on light duty after a shoulder operation.

5. On the day of the "kicking" incident I asked Detective Reddy to do me a favor and help me drop my girlfriend's car off for maintenance. She said no problem. When we got to my girlfriend's office she came out to say hello to Sylvia. While we were there she mentioned that her son was sick again because she had not given him the rest of his anti-biotic prescription. I told her (in front of Sylvia) that this was pretty stupid. On the way back to the precinct Sylvia was aggravated and told me she didn't appreciate me talking to my girlfriend like that. I told her that I didn't mean to offend her.

6. Later that day, Detective Reddy and I were "busting" (teasing) on each other

during lunch. Afterwards, while leaving the lunch room, Detective Reddy playfully got "in my face" and started teasing me again and when she turned to walk away I impulsively reached my leg out and tapped her in her right buttocks area. I don't know why I did this, but I was just joking around and I certainly didn't mean to injure her in any way, and I don't believe that I did injure her. Reddy turned around and started chasing me. I thought she was still joking with me. I was backpedaling and she started hitting me across my arms, but I didn't think she was actually trying to hurt me. Sgt. Zelenka witnessed this whole incident.

7.   I didn't think anymore of it until later that day when my supervisor, Sgt. Baumiller, told me that another officer, Eileen Cwalina, had brought this incident to his attention. Sgt. Baumiller told me to "cool it" because that kind of horseplay was inappropriate. Approximately a week later Sgt. Baumiller paged me during my drive home and told me I needed to come back to the precinct and meet him in the Captain's office. At that point I was informed that this incident had been referred to Internal Affairs and that I was being transferred, effective the next day, to another precinct. I was shocked to hear of these developments because I thought this incident had been dealt with by Sgt. Baumiller and that it was no big deal in the first place. I was very upset that I was being accused of "kicking" Detective Reddy and that I was being involuntarily transferred to a precinct that was forty five minutes further from my home. I subsequently sought out a counselor through the police department's psychological services unit, and I was placed on limited duty and assigned to the telephone reporting unit, where I worked until my retirement.

8.During my time on the department I never harassed or discriminated against anyone on the basis of their sex or race, including Detective Reddy, and no one had ever made such a complaint about me until this incident.

## AFFIRMATION

I SOLEMNLY AFFIRM, under the penalties of perjury, that the foregoing is true and correct.

> \_\_\_/s/\_\_\_
> Terry Woodhouse