IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SYLVIA J. REDDY** | * |
| **Plaintiff** | * |
| v. | *   CASE NO.: MJG 03 CV 425 |
| **BALTIMORE COUNTY, MARYLAND, et al.** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 1 through 11 which are attachments to Defendants' Memorandum in Supports of Motion for Partial Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

April 12, 2004  
DATE

/S/  
PAUL M. MAYHEW  
Assistant County Attorney  
Old Courthouse  
400 Washington Avenue  
Towson, MD 21204  
410-887-4420  
410-296-0931 (fax)