```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

SYLVIA J. REDDY                     *

            Plaintiff               *

        v.                          * CIVIL ACTION NO. MJG-03-425

BALTIMORE COUNTY, MARYLAND,         *
et al.
                                    *

            Defendants
*       *       *       *       *       *       *       *       *
```

MEMORANDUM AND ORDER

The Court has before it Defendants' Motion for Partial Summary Judgment [Paper 21] to which no timely opposition has been filed. This Court has reviewed the papers filed by the Defendants and the entire record even though Plaintiff's counsel has filed nothing in opposition.

Defendants assert, without objection from Plaintiff, that the "Second Amended Complaint" [Paper 12] was filed inadvertently and that Plaintiff seeks to proceed on the Amended Complaint that was attached to her Motion to Amend/Correct Complaint [Paper 10] that was filed May 1, 2003. The Court finds no reason to doubt Defendants' assertion and proceeds to review the case as pleaded in the Amended Complaint attached to Paper 10.

Plaintiff has submitted nothing in response to the instant motion and has not provided evidence from which a

reasonable jury could find a viable federal claim against the Defendants.

Accordingly, the Defendants are entitled to summary judgment with regard to the federal claims asserted by Plaintiff in Count One.

This leaves pending the state law claims in Counts Two (Battery) and Three (Negligent Hiring, Training and Supervision). Defendants seek dismissal of these claims without prejudice.

The Court had jurisdiction over Plaintiff's state law claims by virtue of its original jurisdiction over the federal claims in Count One and the supplemental jurisdiction statute, 28 U.S.C. § 1367.  The statute provides, however, that a district court may decline to exercise supplemental jurisdiction over state law claims in a case if it has dismissed all claims over which it had original jurisdiction.

The Court is hereby granting Defendants partial summary judgment and dismissing Plaintiff's federal claims. Therefore, it finds it appropriate to dismiss Plaintiff's state law claims without prejudice to her ability to pursue those claims in state court.

Accordingly:

    1.    Defendants' Motion for Partial Summary Judgment [Paper 21] is GRANTED.

      a.   Defendants are entitled to summary judgment on Plaintiff's federal claims.

      b.   The Court shall dismiss Plaintiff's state law claims without prejudice.

2.   Judgment shall be entered by separate Order.

SO ORDERED, on <u>Monday, June 28, 2004</u>.

                                      <u>    / s /    </u>
                                  Marvin J. Garbis
                       United States District Judge