```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

SYLVIA J. REDDY                  *

         Plaintiff               *

    v.                           * CIVIL ACTION NO. MJG-03-425

BALTIMORE COUNTY, MARYLAND,      *
et al.
                                 *

         Defendants
*    *       *       *    *      *      *      *      *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted partial summary judgment to Defendants on Plaintiff's federal law claims and dismissed Plaintiff's state law claims without prejudice.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Baltimore County, Maryland, et al. against Plaintiff Sylvia Reddy dismissing all federal law claims with prejudice and dismissing all state law claims without prejudice, the parties to bear their own respective costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Monday, June 28, 2004</u>.

__/ s /__<br>
Marvin J. Garbis<br>
United States District Judge